**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00313-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. DIJON RAY,

     Defendant.

---

**MINUTE ORDER**[1]

---

On **July 22, 2010**, commencing at 10:00 a.m., the court shall conduct a hearing on the supervised release violation.

Dated: June 25, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.